UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL DUVALL | * | CIVIL ACTION NO. 2:15-cv-02404 |
| | * | |
| VERSUS | * | SECTION "F" |
| | * | |
| | * | |
| BOPCO, L.P.,<br>PRO-TOW MARINE, L.L.C., and<br>EAGLE CONSULTING, L.L.C. | * | JUDGE MARTIN L.C. FELDMAN |
| | * | |
| | * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |
| * * * * * * * * * * | * | |

**ORDER OF DISMISSAL**

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that the Motion be and hereby is GRANTED, and that all claims in this matter be and hereby are DISMISSED, with prejudice, all parties to bear their own costs.

New Orleans, Louisiana, this 11th day of January, 2017.

[signature]

DISTRICT JUDGE MARTIN L.C. FELDMAN